UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Raquel A. Calabas and Joselito L. Calabas,**<br><br>                Debtor. | Chapter 7<br><br>Bankruptcy No. 18-34126<br><br>Honorable Janet S. Baer |

## NOTICE OF MOTION

**Please take notice** that on **Wednesday, March 13, 2019, at 9:30 A.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the attached **Motion to Extend Time to File Complaints under Section 727**, a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Dated: March 5, 2019 | **Deborah K. Ebner**, not individually but as the chapter 7 trustee of the bankruptcy estate of Raquel A. Calabas and Joselito L. Calabas<br><br>By: */s/ Ariane Holtschlag*<br>One of Her Proposed Attorneys |

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com

{00134433}

## CERTIFICATE OF SERVICE

    I, Ariane Holtschlag, an attorney, hereby certify that on March 5, 2019 pursuant to Section II.B.4 of the Administrative Procedure for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion to Extend Time to File Complaints Under Section 727* to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address or by first class mail where indicated by the presence of a postal address.

                                  */s/ Ariane Holtschlag*

### SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| **Paulina Garga-Chmiel** | pgarga@chuhak.com; dgeorge@chuhak.com |
| **Deborah Kanner Ebner** | dkebner@debnertrustee.com; dke@trustesolutions.net; IL53@ecfcbis.com; webmaster@debnertrustee.com; lizd@deborahebnerlaw.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **David M Siegel** | davidsiegelbk@gmail.com; author@proofofpayments.com; R41057@notify.bestcase.com; johnellmannlaw@gmail.com |
| **Amanda J Wiese** | bankruptcy@hsbattys.com; bk4hsbm@gmail.com |

**Non-Registrants**
(Service via U.S. Mail)

| | |
|---|---|
| **Raquel A. Calabas**<br>**Joselito L. Calabas**<br>556 S. Lynman Ave.<br>Des Plaines, IL 60016 | **PRA Receivables Management, LLC**<br>PO Box 41021<br>Norfolk, VA 23541 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: **Raquel A. Calabas and Joselito L. Calabas,** Debtor. | Chapter 7<br>Bankruptcy No. 18-34126<br>Honorable Janet S. Baer |

## MOTION TO EXTEND TIME TO FILE COMPLAINTS UNDER SECTION 727

Deborah K. Ebner, not individually but as the chapter 7 trustee (the "*Trustee*") of the bankruptcy estate of Raquel A. Calabas and Joselito L. Calabas (collectively, the "*Debtors*") respectfully requests an order from this Court extending the deadline for filing complaints to seek denial of the Debtors' discharges through and including May 10, 2019. In support of this motion the Trustee states as follows:

### JURISDICTION

1. The Court has jurisdiction over this motion pursuant to, among other things, 28 U.S.C. § 1334. The consideration of this motion is a core matter under 28 U.S.C. § 157.

### BACKGROUND

2. On December 10, 2018 (the "*Petition Date*"), the Debtors filed a voluntary petition for relief under Chapter 7 of title 11, United States Code (11 U.S.C. §§ 101, et seq. (the "*Bankruptcy Code*")), in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division commencing the above referenced case (the "*Case*").

3. Deborah K. Ebner was appointed as the interim trustee in the Case pursuant 11 U.S.C. § 701 and now serves as the permanent trustee in the Case. The Trustee is duly qualified and has all the powers of a trustee under, among other provisions, 11 U.S.C. § 704.

{00134433}

4. The Trustee has a pending motion to employ Ariane Holtschlag and the Law Office of William J. Factor.

5. The last day for the Trustee to object is currently March 11, 2019. In order for the Trustee to complete her investigation of the Debtors' financial affairs and determine if an objection to discharge is appropriate, the Trustee will need an extension of the deadline.

6. Therefore, the Trustee requests the deadline for filing a complaint objecting to the discharges of the Debtors through and including May 10, 2019.

**WHEREFORE**, the Trustee requests that the last date to file complaints under Section 727 be extended through and including May 10, 2019, and for such other and further relief as this honorable Court deems necessary.

Dated: March 5, 2019

**Deborah K. Ebner**, not individually but as the chapter 7 trustee of the bankruptcy estate of Raquel A. Calabas and Joselito L. Calabas

By: */s/ Ariane Holtschlag*
One of Her Proposed Attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com

{00134433}